THE HON. RICARDO S. MARTINEZ
TRIAL DATE: 01/17/2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILLIAM GERMANN,<br><br>                          Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>                         Defendant. | No. 2:21-cv-01434-RSM<br><br>STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT<br><br>NOTE FOR: APRIL 15, 2022 |

## I. STIPULATED MOTION

Pursuant to LCR 83.2(b)(1) the undersigned attorneys hereby STIPULATE and AGREE to allow Matt Adams and Jennifer Aragon of Forsberg & Umlauf to withdraw as counsel of record for Defendant in the above-referenced matter, and allow John M. Silk and Sarah L. Eversole of Wilson Smith Cochran Dickerson to appear and substitute as counsel of record for Defendant.

Counsel request that all future notices be directed to:

    John M. Silk, WSBA #15035
    Sarah L. Eversole, WSBA #36335
    Wilson Smith Cochran Dickerson
    1000 Second Ave., Suite 2050
    Seattle, WA  98104
    206-623-4100 T | 206-623-9273 F
    Email:  silk@wscd.com | eversole@wscd.com
    Attorneys for Defendant Safeco Insurance Company of America

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT
Cause No. 2:21-cv-01434-RSM – 1

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501

DATED this 15th day of April, 2022.                    DATED this 15th day of April, 2022.

*s/Matthew S. Adams*                                              *s/John M. Silk*
Matthew S. Adams, WSBA #18820                    John M. Silk, WSBA #15035
Jennifer E. Aragon, WSBA #45270                   Sarah L. Eversole, WSBA #36335
Forsberg & Umlauf                                              Wilson Smith Cochran Dickerson
901 Fifth Ave., Suite 1400                                 1000 Second Ave., Suite 2050
Seattle, WA 98164-1039                                     Seattle, WA  98104
206-689-8500                                                        206-623-4100
Email:  madams@FoUm.law                            Email:  silk@wscd.com
              jaragon@FoUm.law                                        eversole@wscd.com
*Withdrawing Attorneys for Defendant*               Attorneys for Defendant
                                                                              *Substituting Attorneys for Defendant*

DATED this 15th day of April, 2022.

*s/Jeffrey T. Bone*
Jeffrey T. Bone, WSBA #43965
Jocelyn J. Whitely, WSBA #49780
Corr Cronin LLP
1000 Fourth Ave., Suite 3900
Seattle, WA 98154-1051
206-625-8600
Email:  jbone@corrcronin.com
              jwhiteley@corrcronin.com
*Attorneys for Plaintiff*

## II.     ORDER

IT IS SO ORDERED.

DATED this 18th day of April, 2022.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL
FOR DEFENDANT
Cause No. 2:21-cv-01434-RSM – 2

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501

### III. CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

*Attorneys for Plaintiff*

Jeffrey T. Bone
Jocelyn J. Whiteley
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154-1051
Email:  jbone@corrcronin.com
             jwhiteley@corrcronin.com

(X) Via CM/ECF EService
(X) Via Email
(  ) Via Hand Delivery
(  ) Via ECF

**SIGNED** this 15th day of April, 2022, at Seattle, Washington.

*s/Barbara Petro*
Barbara Petro

STIPULATED MOTION AND ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL
FOR DEFENDANT
Cause No. 2:21-cv-01434-RSM – 3

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501