HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILLIAM GERMANN,<br><br>                    Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>                    Defendant. | No. 2:21-cv-01434-RSM<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS<br><br>**NOTE ON MOTION CALENDAR:**<br>**JANUARY 23, 2023** |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate that all of Plaintiff's claims and causes of action in this matter shall be dismissed with prejudice, with each party bearing their own attorney's fees, costs, and expenses.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS (Cause No. 2:21-cv-01434-RSM) – 1
mg/SLE1379.960/4238406x



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED: January 23, 2023.

/s/Jeff Bone
Jeff Bone, WSBA #43965
Kristen Barnhart, WSBA #51135
Mark Rutherford, WSBA #57519
Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
206-625-8600
jbone@corrcronin.com;
kbarnhart@corrcronin.com;
mrutherford@corrcronin.com
Attorneys for Plaintiff

DATED: January 23, 2023.

/s/Sarah L. Eversole
John M. Silk, WSBA #15035
Sarah L. Eversole, WSBA #36335
Wilson Smith Cochran Dickerson
1000 Second Ave., Suite 2050
Seattle, WA 98104
206-623-4100
silk@wscd.com;
eversole@wscd.com
Attorneys for Defendant

## ORDER OF DISMISSAL

Based on the above Stipulation, IT IS ORDERED as follows:

1. All of Plaintiff's claims and causes of action in this matter shall be dismissed with prejudice; and

2. Each party shall bear its own attorney's fees, costs, and expenses.

DATED this 24th day of January, 2023.



RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS (Cause No. 2:21-cv-01434-RSM) – 2
mg/SLE1379.960/4238406x

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273